RECEIVED

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

Plaintiff (s)

Aphrey B. Collis-Bey

V

Defendant (s)

Covington County ALA
AMY JONES, NATHAN
PUGH

Case Action NO. 2:17-cv-320-WKW

Supplied by clerk of U.S
District Court

1. Parties to this Lawsuit
      Plaintiff (s)
Aphrey B. Collis-Bey

      Defendant
Covington County ALA, Amy Jones
Nathan PUgh

2. Court (IF federal Court, name the district, state
   Court name the County)
   Covington County ALA

3. Docket number
   Pending

4. Name of Judge to whom case well be assigned
   Pending

5. Disposition
   Case still pending

6. Date of filing lawsuit

7. Date of disposition

II Place of Present Confinment
   Covington County Jail

III Names of individuals who violated my natural
    Rights. Nathan Pugh, Amy Jones

IV Date upon which violation occurred
   3-11-17

V State briefly the grounds on which you base your allegation that your natural rights are being violated.

Ground one: I was out walking alone. It was 12:30 at night and Andalusia do not have a curfew. Their was no reason for them to stop me.

Supporting Facts: The only reason i was given for being stoped and asked for ID was it was 12:30.

Ground two: I was serched Twic and the only thing that was found on my person was Four doller and eight cent and a Knife. I had no warrents and no holds.

Supporting Facts: Upon a 3-rd serch that when the Paraphernalia was planted on my person.

Ground three: OFFicers Planted Evidance on my Person.

Supporting Facts: Where was this so called Evidance the First two times i was serched.

VI State briefly what you want the Court to
do exactly. The Evidance proves that the charges
or unfounded and they need to be dismissed.


_aphny B. Callis-Bey_
Signature of plaintiff

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on

(Date) 5-14-17

_gphny B. Callis-Bey_
Signature of plaintiff

Aphrey B. Collis-Bey
290 Hillcrest Drive
Andalusia, AL 36420

MONTGOMERY AL 360

15 MAY 2017 PM 2 L

